# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

ANTONIO L. STRAZZULLO

    **Plaintiff,**

v.

    NO: _____

**CITY OF MORRISTOWN TENNESSEE GOVERNMENT, GARY CHESNEY in his individual capacity as well as his official capacity as Mayor of the City of Morristown and ROGER OVERHOLT in his official capacity as Chief of the Morristown Police Department,**

    **Defendants.**

## NOTICE OF REMOVAL

Defendants, while reserving all defenses regarding the sufficiency of service of process under Fed. R. Civ. P. 12(b)(4) and 12(b)(5) as will be more fully set out in their Answer, hereby appear, by and through counsel, and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 would show the Court as follows:

1. The Plaintiff originally filed this action against the Defendants on or about January 2, 2024 in the Circuit Court for Hamblen County, Tennessee, bearing docket number 24CV001. The Defendants were served with a copy of the Summons and Complaint on January 5, 2024.

2. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331.

3. The United States District Court for the Eastern District of Tennessee at Greeneville, embracing Hamblen County, Tennessee, in which the Circuit Court action is currently pending, is the proper venue for removal of this action.

4. Plaintiff has alleged civil rights violations pursuant to 42 U.S.C. § 1983 and therefore sets out a cause of action under federal law.

5. The pleadings filed with the Circuit Court for Hamblen County included with this Notice of Removal are attached hereto as Exhibits 1-3.

6. Written notice of the filing of this Notice of Removal has been filed with the Circuit Court for Hamblen County, Tennessee.

7. This Notice of Removal has been filed within thirty (30) days of the Defendants' first notice that the Plaintiff has alleged a basis for federal question jurisdiction.

8. The Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

WHEREFORE, the Defendants respectfully pray that the above-captioned cause of action be removed from the Circuit Court for Hamblen County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Greeneville.

Respectfully submitted this 2nd day of February, 2024.

CITY OF MORRISTOWN, ET AL.

By: /s/Reid A. Spaulding, BPR No. 023363
REID A. SPAULDING, BPR NO. 023363
WATSON, ROACH, BATSON
& LAUDERBACK, P.L.C.
900 S. Gay St., Suite 1500
Knoxville, TN 37902
865-637-1700
rspaulding@watsonroach.com

GARY CHESNEY in his individual capacity

By: /s/Jeffrey M. Ward, BPR No. 016329 w/permission
JEFFREY M. WARD, BPR NO. 016329
MILLIGAN & COLEMAN, PLLP
230 W. Depot Street
P.O. Box 1060
Greeneville, TN 37744
423-639-6811
jward@milligancoleman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Antonio L. Strazzullo, Pro Se Plaintiff<br>609 E. Louise Avenue<br>Morristown, TN 37813<br>(423) 748-3546<br>lakewayaudits@gmail.com | Jeffrey M. Ward<br>MILLIGAN & COLEMAN, PLLP<br>230 W. Depot Street<br>P.O. Box 1060<br>Greeneville, TN 37744<br>423-639-6811<br>jward@milligancoleman.com |

Dated this 2nd day of February, 2024.

By: /s/Reid A. Spaulding, BPR No. 023363
REID A. SPAULDING, BPR NO. 023363