UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANTONIO L. STRAZZULLO, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:24-cv-18 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CITY OF MORRISTOWN, TENNESSEE, ) | Magistrate Judge Cynthia R. Wyrick |
| *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

Before the Court is a motion for summary judgment by Defendant the City of Morristown, Tennessee (the "City"), and Defendants Mayor Gary Chesney and Chief Roger Overholt in their official capacities. (Doc. 27.) Also before the Court is a motion for summary judgment by Mayor Chesney in his individual capacity. (Doc. 25.) Plaintiff Antonio L. Strazzullo, who is representing himself, did not file a response to either motion.[1]

For the reasons set forth in the accompanying Memorandum, the motions for summary judgment of the City and Mayor Chesney and Chief Overholt in their official capacities (Doc. 27) and of Mayor Chesney in his individual capacity (Doc. 25) are **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Document 33 is **DENIED AS MOOT**. The Clerk is **DIRECTED** to **CLOSE** the case.

---

[1] Filings by litigants representing themselves are not held to the same standard as filings by attorneys. *See Simmons v. United States*, 142 S. Ct. 23, 25 (2021). However, litigants who are representing themselves must still comply with the applicable rules of procedure. *McNeil v. United States*, 508 U.S. 106, 113 (1993).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT